**Order entered December 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01143-CV

**KAIZER SHERIFF, Appellant**

**V.**

**SHEHNAZ MOOSA, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-54072-2011**

## ORDER

We **GRANT** appellee's November 5th and 13th, 2013 Objection to Court's Order of Mediation to the extent it requests withdrawal of the Court's mediation order. We **VACATE** our November 12, 2013 mediation order.

/s/    ELIZABETH LANG-MIERS
            JUSTICE